# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Luis German Guillen Alvarado,** | Case No. **3:26-cv-00620-CEF** |
| Petitioner, | |
| v. | IT IS SO ORDERED.<br>s/Charles E. Fleming<br>United States District Judge<br>Dated: March 27, 2026 |
| Secretary, U.S. Department of Homeland Security; Pamela BONDI, U.S. Attorney General; Todd LYONS; Warden of The Seneca County Jail<br>　　　Respondents. | |

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner Luis German Guillen Alvarado, by and through undersigned counsel, hereby gives notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Petitioner has been released from custody, rendering the petition for writ of habeas corpus moot.

**Respectfully submitted,**